IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LAURA S. McALISTER,

Plaintiff,

vs.                                                                 No. CIV 10-728 JCH/WDS

Sergeant GLENN TRUJILLO, Officer
WAYNE HARVEY, Officer MARVIN GOKE,
Police officers of the New Mexico State Police, in
Their Individual and Official capacities,

and

Captain LARRY HALL, a law enforcement officer
Employed by the New Mexico State Police, Motor
Transportation Division, in his
Individual and Official capacity,
Defendants.

## ORDER LIFTING STAY OF DISCOVERY

This matter comes before the Court *sua sponte*. On November 17, 2010 the Court entered an order staying discovery until the resolution of Defendants' Motion to Dismiss. The motion was granted in part on August 10, 2011. While certain claims were dismissed, there are claims that remain to be resolved. Accordingly, the Court lifts the stay and will issue an Initial Scheduling Order directing the parties to file a Joint Status Report and appear for a Rule 16 Scheduling Conference.

IT IS THEREFORE ORDERED that stay of discovery is lifted.

_____
The Honorable W. Daniel Schneider
United States Magistrate Judge